UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRISON LEGAL NEWS, a Project of
the Human Rights Defense Center,

    Plaintiff,

v.

LIVINGSTON COUNTY SHERIFF
BOB BEZOTTE, individually and
officially and LIVINGSTON COUNTY,

    Defendants.
_____/

Case No. 11-cv-13460-DPH-MAR
Hon. Denise Page Hood

*NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS*

Plaintiff Prison Legal News respectfully requests that the Court take notice of and consider an Order of the United States Supreme Court dated February 21, 2012, which finally adjudicates the case of ***Hrdlicka v. Reniff***, 631 F.3d 1044 (9th Cir. 2011). ***Hrdlicka*** was the subject of significant discussion in both the Memorandum Supporting Plaintiff's Answer Opposing Defendants' Motion for Partial Judgment on the Pleadings (Docket No. 20, pp. 6, 8) and the Reply Brief in Support of Defendants' Motion for Partial Judgment on the Pleadings (Docket No. 22, pp. 2,3). A true and correct copy of the order denying certiorari is attached as **Exhibit A.**

                          /s/ Thomas M. Loeb
                          Thomas M. Loeb (P25913)
                          Attorney for Plaintiff
                          32000 Northwestern Hwy., Ste. 170
                          Farmington Hills, MI 48334-1507
                          (248) 851-2020
                          tmloeb1@mich.com

/s/ Lance Weber
Co-counsel for Plaintiff
Human Rights Defense Center
PO Box 2420
W. Brattleboro, VT 05303
(802) 257-1342
lweber@humanrightsdefensecenter.org

/s/ Brian J. Prain
Brian J. Prain (P73944)
Co-counsel for Plaintiff
The Law Office of Brian J. Prain, PLLC
37211 Goddard Rd.
Romulus, MI 48174
(248) 763-0641
brian@prainlaw.com

Dated: February 23, 2012

# EXHIBIT A

(ORDER LIST: 565 U.S.)

TUESDAY, FEBRUARY 21, 2012

CERTIORARI -- SUMMARY DISPOSITIONS

10-7515     PINEDA-MORENO, JUAN V. UNITED STATES

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *United States* v. *Jones*, 565 U.S. ___ (2012).

10-8097     GAGNON, BRUCE V. UNITED STATES

10-8532     DiTOMASSO, MICHAEL V. UNITED STATES

The motions of petitioners for leave to proceed *in forma pauperis* and the petitions for writs of certiorari are granted. The judgments are vacated, and the cases are remanded to the United States Court of Appeals for the First Circuit for further consideration in light of *Reynolds* v. *United States*, 565 U.S. ___ (2012).

10-9385     CURRY, JONATHON P. V. UNITED STATES

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Eighth Circuit for further consideration in light of *Reynolds* v. *United States*, 565 U.S. ___ (2012).

11-626    LOZMAN, FANE V. RIVIERA BEACH, FL

The motion of The Maritime Law Association of the United States for leave to file a brief as *amicus curiae* is granted. The petition for a writ of certiorari is granted.

CERTIORARI DENIED

```
11-651    ) RENIFF, PERRY L. V. HRDLICKA, RAY, ET AL.
          )
11-653    ) McGINNESS, SHERIFF V. CRIME, JUSTICE AND AM., ET AL.
```

8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**PRISON LEGAL NEWS**,
a project of the Human Rights Defense Center,

        Plaintiff,        Case No.    11-cv-13460-DPH-MAR

v        Hon. Denise Page Hood

**LIVINGSTON COUNTY SHERIFF BOB BEZOTTE**,
individually and officially, and
**LIVINGSTON COUNTY**,

        Defendants.
_____/

### *CERTIFICATE OF SERVICE*

I, Patricia E. Sinacola, hereby certify that on February 23, 2012, I sent via email a copy of the Plaintiff's Notice of Supplemental Authority in Support of Plaintiff's Opposition to Defendant's Motion for Partial Judgment on the Pleadings and this Certificate of Service, to each of the parties of record listed below:

Brian J. Prain, Esq., brian@prainlaw.com;
Lance Weber, Esq., lweber@humanrightsdefensecenter.org; and
T. Joseph Seward, Esq., tjseward@cmda-law.com;

and by first class mail with postage fully prepaid thereon to: The Honorable Denise Page Hood, United States District Court, for the Eastern District of Michigan, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Room 251, Detroit, MI 48226.

        /S/ Patricia E. Sinacola
        Patricia E. Sinacola