UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRISON LEGAL NEWS, a Project
of the Human Rights Defense Center,

    Plaintiff,

v.

LIVINGSTON COUNTY SHERIFF
BOB BEZOTTE, individually and officially,
and LIVINGSTON COUNTY,

    Defendants.
_____/

Case No.  11-CV-13460
Honorable Denise Page Hood

**ORDER REGARDING VARIOUS MOTIONS**:
**Defendants' Motion to Amend/Correct Defendants' Second Motion for Summary Judgment; Defendants' Motion to Expedite Defendants' Motion for Leave to File Second Motion for Summary Judgment; Plaintiff's Motion to Strike Motion to Amend/Correct Docket No. 157; and Plaintiff's Motion for Summary Judgment to File Supplemental Authority**

**I.**    **Background**

The Plaintiff, Prison Legal News, and Defendants, Livingston County and Bob Bezotte, have filed various motions. Some of those motions are addressed herein. A short summary of the claims of Plaintiff can be found in other court Orders, specifically this Court's Order dated March 29, 2013.

Defendants' Motion to Amend/Correct Defendants' Second Motion for Summary Judgment is GRANTED. Plaintiff objected to this Motion because the full

deposition transcript of several witnesses was attached rather than only the specific pages referred to in the Motion, in violation of Local Rule 26.2. The Court finds that the attachment of the entire transcript of these depositions might aid the Court in its decision and, in its discretion, allows these exhibits. The Court notes that the Motion and Brief of Docket No. 157 appear to be a duplicate of Docket No. 156, the only difference being that exhibits are attached to Docket No. 157. Plaintiff's Motion to Strike Docket No. 157 is DENIED for the reasons stated above. The Court will consider the Exhibits attached to Docket No. 157 in connection with the Defendants' Second Motion for Summary Judgment.

The Motion to Expedite Defendants' Motion for Leave to File Second Motion for Summary Judgment is deemed MOOT since this Court granted the Motion for Leave to File a Second Summary Judgment on September 30, 2014 (Docket No. 215).

Plaintiff's Motion for Summary Judgment to File Supplemental Authority is treated as a Motion to File Supplemental Authority, Attachment #1, an Exhibit, *PLN v. County of Ventura,* is GRANTED as a Motion to File Supplemental Authority to its Motion for Summary Judgment (Docket No. 155, filed February 28, 2014).

II. **Conclusion**

For the reasons stated above,

IT IS ORDERED that Defendants' Motion to Amend and Correct Defendants'

Second Motion for Summary Judgment **(Docket No. 157, filed March 3, 2014)** is GRANTED as a Motion to Amend /Correct Docket No.156 by the attachment of Exhibits.

IT IS FURTHER ORDERED that Plaintiff's Motion to Strike the Motion to Amend/Correct Docket No. 157 **(Docket No. 165, filed March 17, 2014)** is DENIED.

IT IS ORDERED that Plaintiff's Motion to Expedite Defendants' Motion for Leave to File a Second Motion for Summary Judgment **(Docket No. 162, filed March 12, 2014)** is deemed MOOT since this Court entered an Order granting the Motion for Leave to File a Second Summary Judgment on September 30, 2014. (Docket No. 215)

IT IS ORDERED that Plaintiff's Motion for Summary Judgment to File Supplemental Authority **(Docket No. 211, filed May 30, 2014)** is deemed a Motion to File Supplemental Authority, Attachment #1, an Exhibit, *PLN v. County of Ventura,* supplementing Docket No. 155, and as such, is GRANTED.

s/Denise  Page  Hood  
Denise Page Hood  
United States District Judge

Dated: March 31, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 31, 2015, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry

3

Case Manager